IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

RANDY LOYD TURPEN                                                                          PLAINTIFF

           v.                       Civil No.  11-2133

SGT. RITTER; OFFICER
COODY; OFFICER PARTAIN;
OFFICER STAMPS; OFFICER
KREGGER; CAPTAIN CONGER;
OFFICER WAGNER; SHERIFF
BILL HOLLENBECK; NURSE MARCELLA
RINSON HYATT, a/k/a NURSE SARA;
NURSE CARREN; and
NURSE LAURA AQUIRE                                                                        DEFENDANTS

### ORDER

The Defendants are directed to file a summary judgment motion by **March 30, 2012.** Once the motion is filed, Plaintiff will be asked to verify his receipt of the motion and notify the Court of how he intends to respond.

IT IS SO ORDERED this 12th day of January 2012.

/s/ *J. Marschewski*
 HON. JAMES R. MARSCHEWSKI
CHIEF UNITED STATES MAGISTRATE JUDGE

-1-