IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

RANDY LOYD TURPEN                           PLAINTIFF

        v.                 Civil No.  11-2133

SGT. RITTER; OFFICER
COODY; OFFICER PARTAIN;
OFFICER STAMPS; OFFICER
KREGGER; CAPTAIN CONGER;
OFFICER WAGNER; SHERIFF
BILL HOLLENBECK; NURSE MARCELLA
RINSON HYATT, a/k/a NURSE SARA;
NURSE CARREN; and
NURSE LAURA AQUIRE                          DEFENDANTS

**ORDER**

      The Defendants are directed to file a summary judgment motion by **March 30, 2012.**

Once the motion is filed, Plaintiff will be asked to verify his receipt of the motion and notify the

Court of how he intends to respond.

      IT IS SO ORDERED this 12th day of January 2012.

                                            /s/ *J. Marschewski*
                                          HON. JAMES R. MARSCHEWSKI
                                          CHIEF UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)