IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

RANDY LOYD TURPEN                                              PLAINTIFF

        v.                Civil No. 11-2133

SGT. RITTER; OFFICER
COODY; OFFICER PARTAIN;
OFFICER STAMPS; OFFICER
KREGGER; CAPTAIN CONGER;
OFFICER WAGNER; SHERIFF
BILL HOLLENBECK; NURSE MARCELLA
RINSON HYATT, a/k/a NURSE SARA;
NURSE CARREN; and
NURSE LAURA AQUIRE                                      DEFENDANTS

## **REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE**

This is a civil rights action filed by the Plaintiff pursuant to 42 U.S.C. § 1983. He proceeds *pro se* and *in forma pauperis.*

On May 16, 2012, the Court entered an order giving the Plaintiff until June 6, 2012, to return a document stating whether he had received the summary judgment motion (Doc. 47) filed by Marcella Hyatt. Plaintiff has not responded to this notice.

On May 17, 2012, Defendants filed a motion to dismiss the case (Doc. 54). Defendants seek dismissal of the complaint or an award of sanctions because of Plaintiff's failure to appear for his deposition. Plaintiff has not responded to the motion to dismiss.

On June 13, 2012, a show cause order (Doc. 59) was entered. Plaintiff was given until June 25, 2012, to show cause why this action should not be dismissed for failure to obey the order of the Court and his failure to attend his deposition. Plaintiff has not responded to the show cause order. The order has not been returned to the Court as undeliverable. Plaintiff has not communicated with the Court in anyway.

I therefore recommend that Defendants' motion to dismiss (Doc. 54) be granted and this case be dismissed with prejudice pursuant to the terms of Rule 41(b) of the Federal Rules of Civil Procedure.

**The parties have fourteen (14) days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1).  The failure to file timely objections may result in waiver of the right to appeal questions of fact.  The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 29th day of June 2012.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
CHIEF UNITED STATES MAGISTRATE JUDGE