IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

RANDY LOYD TURPEN                                                                                               PLAINTIFF

v.                                              Case No. 2:11-CV-02133

SGT. RITTER; OFFICER COODY; OFFICER PARTAIN;
OFFICER STAMPS; OFFICER KREGGER;
CAPTAIN CONGER; OFFICER WAGNER;
SHERIFF BILL HOLLENBECK;
NURSE MARCELLA RINSON HYATT, a/k/a NURSE SARA;
NURSE CARREN; and NURSE LAURA AQUIRE                                        DEFENDANTS

**O R D E R**

Currently before the Court is the Report and Recommendation (Doc. 60) filed in this case on June 29, 2012, by the Honorable James R. Marschewski, Chief United States Magistrate for the Western District of Arkansas. More than fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, Defendants' Motion to Dismiss (Doc. 54) is **GRANTED**, and Plaintiff's Complaint is **DISMISSED WITH PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(b).

**IT IS SO ORDERED** this 21st day of August, 2012.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE